E-FILED
Friday, 24 February, 2023  04:31:55 PM
Clerk, U.S. District Court, ILCD

# IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
### SPRINGFIELD DIVISION

UNITED STATES OF AMERICA,    )
                                   )
         Plaintiff,    )
                                   )
     v.    )     Case No. 21-CR-30043
                                   )
ROBERT TOWNSEND,    )
                                   )
         Defendant.    )

## STATEMENT OF THE CASE

This is a criminal case charged by way of Indictment. The defendant, Robert Townsend is charged in Count One of the Indictment with using a facility and means of interstate commerce to attempt to persuade, induce, entice, or coerce an individual who he believed to be a minor, to engage in any criminal sexual activity, on or between May 11 and May 13, 2021, in Sangamon County, Illinois.

The defendant has pleaded not guilty.


_____
Tanner K. Jacobs
Assistant United States Attorney

_____
Robert Townsend
*Pro Se* Defendant


_____
Sarah E. Seberger
Assistant United States Attorney

## CERTIFICATE OF SERVICE

I hereby certify that on February 24, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and will send notification of such filing to Defendant Townsend at the following address:

Robert Townsend
Reg No. 45254-509
Livingston County Jail
844 W Lincoln St
Pontiac, IL 61764

/s/ Tanner K. Jacobs
Tanner K. Jacobs
Assistant United States Attorney